UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR "DIANA" SANTANDER LEYVA,<br><br>                Petitioner,<br>v.<br><br>ROBIN BAKER, Field Office Director, San Diego District, United States Bureau of Immigration and Customs Enforcement; *et al.*,<br><br>                Respondents. | Civil Case No. 08CV1485 JAH (NLS)<br><br>**ORDER REQUIRING RESPONSE TO PETITION**<br><br>[28 U.S.C. § 2241] |

On August 14, 2008, petitioner, through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner also concurrently filed an application for issuance of an order to show cause pursuant to 28 U.S.C. § 2243, seeking this Court's order requiring respondents to file a return to the petition within three days of issuance of an order to show cause and seeking an order setting a hearing date on the petition. Petitioner points out, in his application, that Section 2243 provides for a response to the petition be "'returned within three days unless for good cause additional time, not exceeding twenty days, is allowed.'" *See* Appl. at 3 (quoting 28 U.S.C. § 2243). Although petitioner contends that, due to petitioner's continued incarceration, "[i]mmediate relief ... is ... essential in the form of an order for the government to show cause within 72 hours as to why [the instant petition] should not be granted," petitioner presents no support for such a short time frame. *See* id. Therefore, after a careful review of the petition and the application, this Court deems it appropriate to require

respondents to file a return to the petition but deems it inappropriate to require respondents to do so within three days. This Court further deems it inappropriate to schedule a hearing on the petition at this time.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's application for an order to show cause [doc. # 2] is GRANTED IN PART and DENIED IN PART.

2. Respondents shall file a return to the petition for writ of habeas corpus **on or before September 5, 2008**. Respondents shall include copies of all pertinent documents, orders, and transcripts relevant to this petition, and shall also make a recommendation regarding the need for an evidentiary hearing on the merits of the petition.

3. Petitioner shall file a traverse **on or before September 19, 2008**. *Absent further order of this Court, this matter will be deemed under submission at that time.*

4. The Clerk of Court shall serve a copy of the petition together with a copy of this order on the United States Attorney or an authorized representative, 880 Front Street, Room 6293, San Diego, CA 92101.

Dated:     August 15, 2008

JOHN A. HOUSTON
United States District Judge