UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR "DIANA" SANTANDER LEYVA,<br><br>　　　　　Petitioner,<br>v.<br><br>ROBIN BAKER, Field Office Director, San Diego District, United States Bureau of Immigration and Customs Enforcement; *et al.*,<br><br>　　　　　Respondents. | Civil Case No. 08CV1485 JAH (NLS)<br><br>**ORDER DENYING PETITIONER'S *EX PARTE* APPLICATION FOR RECONSIDERATION AS MOOT**<br><br>[Doc. # 7] |

On August 14, 2008, petitioner, through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner also concurrently filed an application for issuance of an order to show cause pursuant to 28 U.S.C. § 2243, seeking this Court's order requiring respondents to file a return to the petition within three days of issuance of an order to show cause and seeking an order setting a hearing date on the petition. On August 15, 2008, this Court issued an order to show cause, determining that requiring respondents to file a return within three days was not warranted based on the record presented, instead setting a return date of September 5, 2008. *See* Doc. # 4 at 1-2. On August 22, 2008, petitioner filed an *ex parte* application seeking reconsideration of the Court's order to show cause, again seeking a three day return date as provided in 28 U.S.C. § 2243. *See* Doc. # 7. Respondents filed an opposition to the *ex parte* application on August 26, 2008, and petitioner filed a reply on

August 29, 2008.[1]  *See* Docs. # 8, 10.   In reply, petitioner now points out that the reconsideration request is moot because, even if the Court were to grant petitioner's *ex parte* request at the earliest date, the government's response would be due September 5, 2008, the same day originally set by the Court for the response.  Doc. # 10 at 1.  This Court agrees with petitioner's assessment. Accordingly, petitioner's *ex parte* application for reconsideration [doc. # 7] is **DENIED as moot.**

Dated:        September 2, 2008

JOHN A. HOUSTON
United States District Judge

---

[1] This Court notes that it delayed ruling on the application after receipt of respondent's opposition at petitioner's counsel's telephonic request based on the wish to file a reply brief.